In re **James Minarsich**　　　　　　　　　　　　　Case No. **10-22004**
　　　**Jill Minarsich**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 1/11/2011*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Homestreet Bank<br>Acct# 5332802769 | C | $610.65 |
| | | BECU<br>Advantage Savings Acct# 3581215627 | C | $5.15 |
| | | US Bank<br>Checking Acct# 153560887678 | C | $0.00 |
| | | Chase Checking Account #000001932145914 | J | $16.25 |
| | | US Bank<br>Reserve Line Acct# 153560887678 | C | ($618.33) |
| | | BECU<br>Checking Acct# 3581215627 | C | $22.72 |
| | | Bank of America Checking Account #95557914<br>(Account Closed) | C | ($322.55) |
| | | Bank of America Savings Account #95557914<br>(Account Closed) | C | $0.47 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household Goods and Furnishings | C | $1,760.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures | C | $2,029.00 |

01/11/2011 10:06:28am

In re **James Minarsich**  
**Jill Minarsich**

Case No. **10-22004**  
(if known)

*AMENDED 1/11/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | Clothing | C | $1,000.00 |
| 7. Furs and jewelry. | | Jewelry | C | $4,900.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Hobby Equipment | C | $500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Ameriprise Life Insurance Cash Surrender Value | H | $9,948.00 |
| | | Symetra Life Insurance Polciy #AA6009734 | H | Unknown |
| 10. Annuities. Itemize and name each issuer. | | Ameriprise (IRA) Policy #0000397618208021 Policy #0000373703438021 Policy #0000458782877021 Policy #0000458860251021 | H | $22,011.93 |
| | | Merril Lynch (IRA) Policy #2AQ-28499 | H | $731.21 |
| | | Merril Lynch (IRA) Policy #2AQ-28348 | H | $900.71 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | Ameriprise Financial Services, Inc. Fidelity 5529 Plan Policy #00704206366 | J | $5,513.00 |

In re **James Minarsich**          Case No. **10-22004**
      **Jill Minarsich**                                                      (if known)

*AMENDED 1/11/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Nordstrom Stock - 20 shares | J | $682.80 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re **James Minarsich**  Case No. **10-22004**
**Jill Minarsich**
(if known)

*AMENDED 1/11/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Trailblazer Lease Lease No: 085-9105-16928 | C | Unknown |
| | | 1996 Infiniti G20 | H | $2,560.00 |
| | | 2001 Yamaha Motorcycle | H | $200.00 |
| | | 2004 Chevrolet Montecarlo | H | $9,640.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

In re **James Minarsich**　　　　　　　　　　　　　Case No. **10-22004**
　　　　**Jill Minarsich**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 1/11/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Office Equipment | H | $225.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Honda Generator | H | $100.00 |
| | | Automotive Lift | J | $200.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　__4__ continuation sheets attached　　**Total >**　　**$62,616.01**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

01/11/2011 10:06:29am

B6F (Official Form 6F) (12/07)

In re **James Minarsich**  Case No. **10-22004**
     **Jill Minarsich**
                                         (if known)

*AMENDED 1/11/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx3573<br>**American Express**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | | C | DATE INCURRED: **10/07/1994**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $32,564.00 |
| ACCT #: xxxxxxxxxxxx5273<br>**American Express**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | | C | DATE INCURRED: **02/04/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,594.00 |
| ACCT #: xxxxxxxxxxxx1733<br>**American Express**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | | C | DATE INCURRED: **12/03/1994**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,067.00 |
| ACCT #: xxxxxxxxxxxx4673<br>**Amex**<br>**c/o Beckett & Lee**<br>**PO Box 3001**<br>**Malvern, PA 19355** | | C | DATE INCURRED: **12/1994**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $11,020.00 |
| ACCT #: xxxxxxxxx9372<br>**Bank Of America**<br>**4060 Ogletown/stanton Rd**<br>**Newark, DE 19713** | | C | DATE INCURRED: **07/2003**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | $39,341.00 |
| ACCT #: xxxxxxxx-1470<br>**Bank of America**<br>**4060 Ogletown Stan**<br>**Newark, DE 19713** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $11,943.19 |
| | | | | | | Subtotal > | **$107,529.19** |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**4**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **James Minarsich**  Case No. **10-22004**
    **Jill Minarsich**
                                                        (if known)

*AMENDED 1/11/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx7914<br>**Bank of America**<br>**4060 Ogletown Stan**<br>**Newark, DE 19713** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Overdraft fees**<br>REMARKS: | | | | $322.00 |
| ACCT #: xxxxx6472<br>**Bank of America/Countrywide**<br>**450 American St.**<br>**Simi Valley, CA 93065** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Rental House - Short Sale Deficit**<br>REMARKS:<br>**Property Address:**<br>**17654 86th Ave NE**<br>**Bothell, WA 98011** | | | | $303,718.44 |
| ACCT #: xxxxxxxx1251<br>**Cach LLC**<br>**Attention: Bankruptcy Department**<br>**4340 South Monaco St. 2nd Floor**<br>**Denver, CO 80237** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS:<br>**Originally Bank of America** | | | | $20,286.00 |
| Representing:<br>**Cach LLC** | | | **Bank of America**<br>**4060 Ogletown Stan**<br>**Newark, DE 19713** | | | | **Notice Only** |
| ACCT #: xxxxxxxx1084<br>**Cach LLC**<br>**Attention: Bankruptcy Department**<br>**4340 South Monaco St. 2nd Floor**<br>**Denver, CO 80237** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS:<br>**Original Creditor - BANK OF AMERICA N A** | | | | $14,539.00 |
| Representing:<br>**Cach LLC** | | | **Bank of America**<br>**4060 Ogletown Stan**<br>**Newark, DE 19713** | | | | **Notice Only** |

Sheet no. __1__ of __4__ continuation sheets attached to        Subtotal >    **$338,865.44**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

01/11/2011 10:06:29am

B6F (Official Form 6F) (12/07) - Cont.
In re  James Minarsich                               Case No.  **10-22004**
       Jill Minarsich                                          (if known)

*AMENDED 1/11/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx7828<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | C | DATE INCURRED: **02/1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $13,477.00 |
| ACCT #: xxxxxxxxxxxx5719<br>**Discover Financial**<br>**Attention: Bankruptcy Department**<br>**PO Box 6103**<br>**Carol Stream, IL 60197** | | C | DATE INCURRED: **10/1991**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $9,748.00 |
| ACCT #: xxx-xxxx-x6928<br>**GMAC**<br>**PO Box 38091**<br>**Bloomington, MN 55438-0901** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: xxxxxxxxxx4415<br>**Keybank NA**<br>**Attention: Bankruptcy**<br>**PO Box 94968**<br>**Cleveland, OH 44101** | | C | DATE INCURRED: **03/2003**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | $9,897.00 |
| ACCT #: xxxxxxxxx0068<br>**Keybank NA**<br>**Attention: Bankruptcy**<br>**PO Box 94968**<br>**Cleveland, OH 44101** | | C | DATE INCURRED: **04/2003**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | $9,816.00 |
| ACCT #:<br>**Marriott Vacation Club**<br>**PO Box 8038**<br>**Lakeland, FL 33802-8038** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Time Share Loan**<br>REMARKS: | | | | $56,500.00 |

Sheet no. __2__ of __4__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$99,438.00**

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **James Minarsich**
     **Jill Minarsich**

Case No. **10-22004**
(if known)

01/11/2011 10:06:29am

*AMENDED 1/11/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx7130**<br>**Marriott Vacation Club**<br>**PO Box 8038**<br>**Lakeland, FL 33802-8038** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Time Share Loan**<br>REMARKS: | | | | $545.47 |
| ACCT #: **xxx4426**<br>**Marriott Vacation Club**<br>**PO Box 8038**<br>**Lakeland, FL 33802-8038** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Maintenance Dues**<br>REMARKS: | | | | $10,405.75 |
| ACCT #: **xxxxxxxxxxx4049**<br>**Nordstrom FSB**<br>**Attention: Bankruptcy Department**<br>**PO Box 6566**<br>**Englewood, CO 80155** | | C | DATE INCURRED: **11/1989**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $13,354.00 |
| ACCT #: **xxxxxx7169**<br>**Toyota Motor Credit Co**<br>**3006 Northup Way Ste 300**<br>**Bellevue, WA 98004** | | C | DATE INCURRED: **01/2009**<br>CONSIDERATION:<br>**Lease Deficiency**<br>REMARKS:<br>**Feb 2010 - Car voluntarily repossessed.** | | | | $15,931.00 |
| ACCT #: **xxxxxxxx7678**<br>**US Bank Hogan LOC**<br>**PO Box 5227**<br>**Cincinnati, OH 45201** | | C | DATE INCURRED: **08/2008**<br>CONSIDERATION:<br>**Overdraft Line of Credit**<br>REMARKS: | | | | $621.00 |
| ACCT #: **xxxxxxxxxxxx0469**<br>**US Bk RMS CC**<br>**CB Disputes**<br>**St Louis, MO 63116** | | C | DATE INCURRED: **09/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $20,461.00 |

Sheet no. **3** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$61,318.22**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **James Minarsich**  Case No. **10-22004**
**Jill Minarsich**
(if known)

*AMENDED 1/11/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx6421<br>**US BK RMS CC**<br>**CB Disputes**<br>**St Louis, MO 63116** | | C | DATE INCURRED: **03/1997**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | $15,732.00 |
| ACCT #: xxxxxxxxxxxx0001<br>**Wells Fargo**<br>**PO Box 60510**<br>**Los Angeles, CA 90060** | | C | DATE INCURRED: **02/2006**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | $30,688.00 |
| **Representing:**<br>**Wells Fargo** | | | **Portfolio Recovery Associates**<br>**PO Box 12914**<br>**Norfolk, VA 23541** | | | | Notice Only |
| ACCT #: xxxxxxxxxxxx0001<br>**Wells Fargo**<br>**PO Box 60510**<br>**Los Angeles, CA 90060** | | C | DATE INCURRED: **11/1993**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | $18,870.00 |
| **Representing:**<br>**Wells Fargo** | | | **Portfolio Recovery Associates**<br>**PO Box 12914**<br>**Norfolk, VA 23541** | | | | Notice Only |

Sheet no. __4__ of __4__ continuation sheets attached to  Subtotal >  **$65,290.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >  **$672,440.85**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re  **James Minarsich**
     **Jill Minarsich**

Case No.  **10-22004**

Chapter  **7**

*AMENDED 1/11/2011*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $750,000.00 | | |
| B - Personal Property | Yes | 5 | $62,616.01 | | |
| C - Property Claimed as Exempt | No | 3 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $1,203,650.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $672,440.85 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $7,288.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $7,119.00 |
| TOTAL | | 21 | $812,616.01 | $1,876,090.85 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **James Minarsich**
      **Jill Minarsich**

Case No. **10-22004**

Chapter **7**

*AMENDED 1/11/2011*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $7,288.00 |
| Average Expenses (from Schedule J, Line 18) | $7,119.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $8,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $453,650.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $672,440.85 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $1,126,090.85 |